Society of the Divine Word, Plaintiff-Judgment-Creditor, v. Maurice H. Kamm, Defendant-Judgment-Debtor, Robert G. Wolfe, Trustee of Continental Investment Trust (Third Party), Respondent-Appellee, and Bankers Finance Company (Adverse Claimant), Petitioner-Appellant.

Gen. No. 50,428.

First District, Second Division.

November 9, 1965.

Jesse Marcus, of Chicago, for appellant; Robbins and Gassel, of Chicago (Harry G. Fins, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.